IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Logan, David P

Printed: 11/25/08

Case Number: 07 B 20008
Judge: Squires, John H
Filed: 10/29/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: November 3, 2008
Confirmed: March 26, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 6,062.50 |  |
| Secured: |  | 3,559.47 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,115.21 |
| Trustee Fee: |  | 387.82 |
| Other Funds: |  | 0.00 |
| Totals: | 6,062.50 | 6,062.50 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,493.00 | 2,115.21 |
| 2. | Americredit Financial Ser Inc | Secured | 22,220.73 | 3,559.47 |
| 3. | Sallie Mae | Unsecured | 0.00 | 0.00 |
| 4. | Sallie Mae | Unsecured | 0.00 | 0.00 |
| 5. | Sallie Mae | Unsecured | 0.00 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 57.24 | 0.00 |
| 7. | Americredit Financial Ser Inc | Unsecured | 34.41 | 0.00 |
| 8. | Peoples Energy Corp | Unsecured | 15.45 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 35.09 | 0.00 |
| 10. | NCO Financial Services Inc | Unsecured |  | No Claim Filed |
| 11. | Mutual Hospital Services | Unsecured |  | No Claim Filed |
| 12. | Mutual Hospital Services | Unsecured |  | No Claim Filed |
| 13. | Armor Systems Co | Unsecured |  | No Claim Filed |
|  |  |  | $ 25,855.92 | $ 5,674.68 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 35.68 |
| 6.5% | 282.84 |
| 6.6% | 69.30 |
|  | $ 387.82 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Logan, David P

Printed: 11/25/08

Case Number: 07 B 20008
Judge: Squires, John H
Filed: 10/29/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

